# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JAIRO FRANCISCO SOLANO, #02374805, § § § Petitioner, § § v. § § DIRECTOR, TDCJ-CID, § § Respondent. § | Case No. 6:24-cv-7-JDK-KNM |

## FINAL JUDGMENT

The Court having considered Petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Petitioner's case is **DISMISSED** with prejudice. The Clerk of Court is instructed to close the case.

So **ORDERED** and **SIGNED** this **31st** day of **October, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE